# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Madinakhon Khakimova

**Plaintiff,**

**V.**

Warden of Otay Mesa Detention Center

**Defendant.**

**Civil Action No.** 26CV0795-RBM-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Amended Petition for Writ of Habeas Corpus is granted.

**Date:** 6/10/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Petersen
J. Petersen, Deputy