**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MADINAKHON KHAKIMOVA,
Petitioner,
v.
WARDEN OF OTAY MESA DETENTION CENTER, et al.,
Respondents.

Case No.: 3:26-cv-00795-RBM-MSB

**ORDER SETTING BRIEFING SCHEDULE**

This Court previously granted Petitioner Madinakhon Khakimova's ("Petitioner") Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Amended Petition") (Doc. 9). (*See* Docs. 12–13.) On September 18, 2026, Petitioner, by and through counsel, filed an Emergency Motion for Temporary Restraining Order ("TRO Motion") (*see* Doc. 14) but did not file a new petition for writ of habeas corpus. Accordingly, the Court **ORDERS** as follows:

1. Petitioner **SHALL** file an amended petition asserting his claims that form the basis of his TRO Motion **on or before September 30, 2026**.
2. Respondents **SHALL** file a written response to the amended petition **on or before October 7, 2026** and shall include: (1) all documents or evidence relevant to the determination of the issues raised in the amended petition and the TRO

Motion, including any and all relevant documents reflecting Petitioner's immigration history; and (2) a recommendation regarding the need for an evidentiary hearing.

3. Petitioner **MAY** file a reply **on or before October 14, 2026 at 4:30 p.m.**

The matter will be deemed under submission at that time and the Parties shall await further order from the Court. The Clerk of the Court is **DIRECTED** to transmit a copy of the TRO Motion (Doc. 14) and this Order to the United States Attorney's Office.

**IT IS SO ORDERED**.

DATE: September 21, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE